**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DANIEL ASNAKE,** *et al*.<br><br>   **Plaintiffs**<br><br>**v.**<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY,** *et al*.<br><br>   **Defendants** | Case No. _____ |

**NOTICE OF REMOVAL**

The Defendants, Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2006-FM1 Mortgage Pass-Through Certificates Series 2006-FM1 ("Deutsche Bank") and Specialized Loan Servicing LLC ("SLS") by and through their attorneys, Aaron D. Neal, and McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A., and pursuant to 28 U.S.C. §1446, give notice of the removal of the present action from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia, and says:

1. On March 15, 2018, the Plaintiffs filed the case styled <u>Daniel Asnake v. Deutsche Bank National Trust Company, *et al*.</u>, Case No. 2018 CA 001823 B, in the Superior Court for the District of Columbia (the "State Case").

2. SLS received copies of the summons and complaint on March 27, 2018. Deutsche Bank is not aware of having been served with process, but joins in this removal.

3. Copies of all process, pleadings and orders received by SLS and its counsel from any source are attached hereto pursuant to 28 U.S.C. §1446(a), as follows:

   a. Exhibit 1 – Summons.

b. Exhibit 2 – Initial Order and Addendum.

c. Exhibit 3 – Handwritten Filing.

d. Exhibit 4 – Complaint.

4. Pursuant to 28 U.S.C. §1332(a), the United States District Court has original jurisdiction over any case where the amount in controversy exceeds $75,000.00 and the claims are between citizens of different states.

5. While the Complaint is difficult to decipher, it appears that the Plaintiff seeks declaratory relief granting them ownership of the real property at issue in this case and/or rescinding the foreclosure sale of the property. The property at issue was sold to Deutsche Bank for $790,000.00 and is worth $854,990.00 per the District of Columbia Office of Tax and Revenue. *See* Exhibit 5. Accordingly, the amount in controversy, which "is measured by the value of the object of the litigation", exceeds the $75,000.00 jurisdictional minimum. Busby v. Capital One, N.A., 932 F.Supp.2d 114, 132 (D. D.C. 2013).

6. Further, complete diversity exists among the parties to this action, as the parties have the following citizenships:

   a. Plaintiffs – **District of Columbia**.

   b. Deutsche Bank – **Delaware** or **New York.**

   c. SLS – **Colorado** or **Delaware.**

7. 28 U.S.C. §1441(a) permits any civil action filed in state court to be removed to the United States District Court if the United States District Court has original jurisdiction over the case. The United States District Court has federal question and diversity jurisdiction over this case.

8. Pursuant to 28 U.S.C. §1446, SLS has given written notice of removal to the Plaintiff and has filed a copy of this notice of removal with the Clerk of the Superior Court for the District of Columbia.

WHEREFORE, SLS requests that this action proceed in the United States District Court for the District of Columbia as an action properly removed hereto.

### Points and Authorities

28 U.S.C. §1331
28 U.S.C. §1332
28 U.S.C. §1441
28 U.S.C. §1446

Respectfully submitted,

MCNAMEE, HOSEA, JERNIGAN, KIM
GREENAN & LYNCH, P.A.

 /s/ Aaron D. Neal
Aaron D. Neal – Bar No. 985292
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
aneal@mhlawyers.com
Tel. 301-441-2420
Fax 301-982-9450

*Attorneys for SLS & Deutsche Bank*

## Certificate of Service

I hereby certify that on this 10th day of April, 2018, copies of the foregoing paper, and all attachments thereto, were served via first-class mail, postage prepaid on:

Daniel Asnake
Wacca Merid
5727 16th Street, N.W.
Washington, DC 20011

                                                      /s/   Aaron D. Neal
                                                      Aaron D. Neal